UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| AMBER WINEGARDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>　　　　Defendant(s). | Case No.: 3:18-cv-00356-HEH<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, AMBER WINEGARDEN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* Stipulation of dismissal, with prejudice, within sixty (60) days.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Dated: November 6, 2018　　　　　By: /s/Richard W. Ferris

　　　　　　　　　　　　　　　　　Richard W. Ferris, Esq.
　　　　　　　　　　　　　　　　　FerrisWinder, PLLC
　　　　　　　　　　　　　　　　　530 East Main Street, Suite 300
　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　(804) 767-1800
　　　　　　　　　　　　　　　　　(888) 251-6228 Fax
　　　　　　　　　　　　　　　　　rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Richard W. Ferris
Richard W. Ferris, Esq.
