UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| AMBER WINEGARDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>　　　　Defendant(s). | Case No.: 3:18-cv-00356-HEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, AMBER WINEGARDEN, and Defendant, CAPITAL ONE BANK (USA), N.A., Erroneously Named "CAPITAL ONE BANK, N.A."; by and through the undersigned counsel, and hereby jointly stipulate for a dismissal of the instant matter in its entirety, with prejudice. Each party to bear its own attorneys' fees and costs incurred.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　FERRISWINDER, PLLC

Dated: December 14, 2018

　　　　　　　　　　　　　　　　　　　　By: /s/ Richard W. Ferris

　　　　　　　　　　　　　　　　　　　　Richard W. Ferris
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP

Dated: December 14, 2018

　　　　　　　　　　　　　　　　　　　　By: /s/ Seth A. Schaeffer
　　　　　　　　　　　　　　　　　　　　Seth A. Schaeffer, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Stipulation of Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Richard W. Ferris
Richard W. Ferris, Esq.